IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00171-AP

KENNETH POWELL,

    Plaintiff,

v.

CAROLYN W. COLVIN,[1]
Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

Pro se Plaintiff
Kenneth Powell
850 Chapman Dr., Apt. 3
Colorado Springs, CO 80916
719-332-6980

For Defendant
John F. Walsh
United States Attorney

J. Benedict Garcia
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
1001 Seventeenth Street
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.Berger@ssa.gov

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

- 1 -

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

### A. Date Complaint Was Filed:

January 9, 2013 (filed in District Court, El Paso County, Colorado)
January 23, 2013 (removed to Federal District Court for the District of Colorado) (Dkt. 1)

### B. Date Complaint Was Served on U.S. Attorney's Office:

The Complaint was not served on the U.S. Attorney's Office. In her Motion for Extension of Time to Respond to Complaint, defendant waived the defenses based on insufficient process and service of process (Dkt. 10 at 2-3). The Court granted the motion and gave the Commissioner until March 10, 2013 to file her answer (Dkt. 11).

### C. Date Answer and Administrative Record Were Filed:

March 7, 2013.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff will allege that the ALJ was bias against him and that his attorney conspired with the ALJ to deny him benefits.

## 7. OTHER MATTERS

The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due: April 16, 2013

   B. Defendant's Response Brief Due: May 16, 2013

   C. Plaintiff's Reply Brief (If Any) Due: May 31, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff's Statement: Plaintiff does not request oral argument.

   B. Defendant's Statement: Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. (XX) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 1 day April, 2013

BY THE COURT:

John L. Kane
U.S. DISTRICT COURT JUDGE

- 3 -

APPROVED:                                                       UNITED STATES ATTORNEY

                                                                John F. Walsh
                                                                United States Attorney

_Kenneth Powell_  3/11/2013                                     By: _Allan D. Berger_
Kenneth Powell                                                  Allan D. Berger
850 Chapman Dr., Apt. 3                                         Special Assistant United States Attorney
Colorado Springs, CO 80916                                      1001 Seventeenth Street
719-332-6980                                                    Denver, Colorado 80202
(Plaintiff, Pro-Se)                                             303-844-2149
                                                                Attorneys for Defendant

- 4 -